# MOSES SINGER

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700

Barry S. Zone
Direct Dial: 212.554.7864
Fax: 917.206.4364
E-Mail: bzone@mosessinger.com

February 11, 2025

**FILED VIA ECF**
Hon. Kenneth M. Karas
U.S. District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: U.S. v. Hirenkumar Patel
7:24-CR-00540 (KMK)

Dear Judge Karas:

On behalf of my client Hirenkumar Patel, I respectfully request that his sentencing, which is presently scheduled for February 20, 2025, be adjourned an additional 5 weeks to a date convenient to the Court the week of March 24, 2025, or after. The government consents to this application.

I make this request because of serious personal family medical circumstances which continue to keep me away from the office and out of state.

Accordingly, I would most respectfully request that Sentencing be adjourned as requested above.

I apologize for this inconvenience and I'm grateful for The Court's consideration.

Respectfully,

Barry Zone

cc: AUSA Benjamin Levander
AUSA Timothy Ly

*Granted. The sentence will go forward on April 2, 2025 at 10:00 AM.*

SO ORDERED:

HON. KENNETH M. KARAS U.S.D.J.
2/11/2025