Case 7:24-cr-00540-KMK    Document 138    Filed 05/05/25    Page 1 of 1

# MOSES SINGER

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700

Barry S. Zone
Direct Dial: 212.554.7864
Fax: 917.206.4364
E-Mail: bzone@mosessinger.com

April 30, 2025

**FILED VIA ECF**

Hon. Kenneth M. Karas
U.S. District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: U.S. v. Hirenkumar Patel
7:24-CR-00540 (KMK)

Dear Judge Karas:

On behalf of my client Hirenkumar Patel, I respectfully request that his sentencing, which is presently scheduled for May 14, 2025, be adjourned two weeks to a date convenient to the Court the week of June 2nd, 2025 or thereafter convenient for the Court. The government consents to this application.

I make this request because as the Court is aware, I have been attending to personal family medical circumstances. Specifically, I have been in and out of the state assisting with my elderly father's care. As of this coming Friday, which was unfortunately 2 weeks later than I had hoped, I will be back in New York, and will be able to address Mr. Patel's sentencing. I have hoped my last request would be the last, but unfortunately circumstances require that I ask for this brief and final request.

Accordingly, I would most respectfully request that Sentencing be adjourned as requested above.

I apologize for this inconvenience and I'm grateful for The Court's consideration.

Respectfully,

Barry Zone

cc: AUSA Benjamin Levander
AUSA Timothy Ly

*Granted. The sentence will go forward on June 5, 2025 at 2:00 pm*

SO ORDERED:

HON. KENNETH M. KARAS U.S.D.J.
5/5/2025