**MOSES SINGER**

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700

Barry S. Zone
Direct Dial: 212.554.7864
Fax: 917.206.4364
E-Mail: bzone@mosessinger.com

July 10, 2025

**FILED VIA ECF**
Hon. Kenneth M. Karas
U.S. District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: U.S. v. Hirenkumar Patel
7:24-CR-00540 (KMK)

Dear Judge Karas:

I write on behalf of my client Hirenkumar Patel, requesting that he be permitted to attend the annual gathering of the Changa U.S. Society, a family cultural event at Roosevelt Park in Edison, New Jersey this coming Sunday, July 13th from 9 AM to 7:30 PM. If permitted he will be attending with his wife and children. The government consents to this request.

Mr. Patel's bail conditions restrict his travel to the Southern and Eastern Districts of New York. Mr. Patel has been sentenced and is scheduled to self-surrender on July 31, 2025.

The Court's consideration is greatly appreciated.

Granted.

So Ordered.
*[signature]*
7/11/25

Respectfully,

*[signature]*
Barry Zone

cc: AUSA Benjamin Levander
    AUSA Timothy Ly