Case 7:24-cr-00540-KMK     Document 143     Filed 07/24/25     Page 1 of 1



# MOSES SINGER

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800     Fax: 212.554.7700

Barry S. Zone
Direct Dial: 212.554.7864
Fax: 917.206.4364
E-Mail: bzone@mosessinger.com

July 24, 2025

**FILED VIA ECF**
Hon. Kenneth M. Karas
U.S. District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: U.S. v. Hirenkumar Patel
7:24-CR-00540 (KMK)

Dear Judge Karas:

    I write on behalf of my client Hirenkumar Patel, and I most respectfully request that his self-surrender date be extended 30-days to September 2nd, 2025. The government consents to this request. Mr. Patel is presently scheduled to self-surrender to the Fort Dix Satellite Camp on July 31, 2025.

    I make this request because there are multiple school and religious family events that are scheduled throughout the month of August, and Mr. Patel would like to participate in these important events with his wife and children, before he begins serving his prison sentence.

    The Court's consideration is greatly appreciated.

Granted.
So Ordered.
7/24/25

Respectfully,

Barry Zone

cc: AUSA Benjamin Levander
    AUSA Timothy Ly