

**MOSES SINGER**

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700

Barry S. Zone
Direct Dial: 212.554.7864
Fax: 917.206.4364
E-Mail: bzone@mosessinger.com

August 22, 2025

**FILED VIA ECF**
Hon. Kenneth M. Karas
U.S. District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: U.S. v. Hirenkumar Patel
7:24-CR-00540 (KMK)

Dear Judge Karas:

I write on behalf of my client Hirenkumar Patel, and I most respectfully request that he be permitted to travel with his family as follows; August 23 to Dorney Park which is located in Allentown, Pennsylvania and on August 30 to Six flag Great Adventure, Located in Jackson New Jersey. The government and pretrial services consents to this request.

This will be the last time he will be able to spend time with his family until he concludes serving his sentence. Mr. Patel is scheduled to self-surrender to his designated facility on September 2nd, 2025.

I very much apologize for the short notice, as I've spent over a week coordinating this request withPretrial, EDNY, where he's being supervised and SDNY, so I could obtain appropriate consent from all concerned.

The Court's consideration is greatly appreciated.

Granted.

So Ordered.
8/25/25

Respectfully,

Barry Zone

cc: AUSA Benjamin Levander
    AUSA Timothy Ly



The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700

Barry S. Zone
Direct Dial: 212.554.7864
Fax: 917.206.4364
E-Mail: bzone@mosessinger.com

Respectfully,

Barry Zone

cc: AUSA Benjamin Levander
    AUSA Timothy Ly